UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TASHA ALEXANDER                ,

Plaintiff(s),

v.

SALESFORCE, INC.               ,

Defendant(s).

Case No. 3:25-cv-09560

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, KARIN B. SWOPE, an active member in good standing of the bar of WASHINGTON, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: TASHA ALEXANDER in the above-entitled action. My local co-counsel in this case is THOMAS E. LOESER, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: 202720.

| | |
|---|---|
| 1809 7TH AVE., STE. 1610 SEATTLE, WA 98109 | 840 MALCOM RD., STE. 200 BURLINGAME, CA 94010 |
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| 206-802-1272 | 650-697-6000 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| kswope@cpmlegal.com | tloeser@cpmlegal.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 24015.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 4 times in the 12 months preceding this application.

United States District Court
Northern District of California

1   I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially

2   the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local

3   Rules.  I declare under penalty of perjury that the foregoing is true and correct.

4   Dated: 11/6/2025 _____          KARIN B. SWOPE _____
                                          APPLICANT

6   ================================================

8   ORDER GRANTING APPLICATION

9   FOR ADMISSION OF ATTORNEY PRO HAC VICE

11   IT IS HEREBY ORDERED THAT the application of KARIN B. SWOPE _____ is

12   granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney

13   must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-

14   counsel designated in the application will constitute notice to the party.

15   Dated: _____ November 7, 2025 _____

17   _____
        UNITED STATES MAGISTRATE JUDGE
18             Virginia K. DeMarchi

United States District Court
Northern District of California