1  JOSEPH C. GRATZ (CA SBN 240676)
   JGratz@mofo.com
2  TIFFANY CHEUNG (CA SBN 211497)
   TCheung@mofo.com
3  **MORRISON & FOERSTER LLP**
   425 Market Street,
4  San Francisco, California 94105-2482
   Telephone:     415.268.7000
5  Facsimile:     415.268.7522

6  Attorneys for Defendant
   SALESFORCE, INC.
7
8
9

Lesley E. Weaver (SBN 191305)
Anne K. Davis (SBN 267090)
Joshua D. Samra (SBN 313050)
**BLEICHMAR FONTI & AULD LLP**
1330 Broadway, Suite 630
Oakland, CA 94612
Tel. (415) 445-4003
lweaver@bfalaw.com
adavis@bfalaw.com
jsamra@bfalaw.com

Karin B. Swope (*pro hac vice*)
**COTCHETT, PITRE & McCARTHY, LLP**
1809 7th Ave., Ste. 1610
Seattle, WA 98101
Tel: (206) 802-1272
kswope@cpmlegal.com

*Attorneys for Plaintiff Tasha Alexander*
*[Additional counsel on signature page]*

10
11

12                    UNITED STATES DISTRICT COURT

13                  NORTHERN DISTRICT OF CALIFORNIA

14                      SAN FRANCISCO DIVISION

15

16  TASHA ALEXANDER, an Individual on
    Behalf of Herself and All Others Similarly
17  Situated,

18                    Plaintiffs,

19         v.

20  SALESFORCE, INC.,

21                    Defendant.

Case No. 3:25-cv-09560-CRB

**STIPULATION EXTENDING TIME
TO RESPOND TO COMPLAINT**

Judge:  Hon. Charles R. Breyer

Action Filed:  11/05/2025
Trial Date:  None

22
23
24
25
26
27
28

1

**STIPULATION**

2          Pursuant to Rule 6-1(a) of the Local Rules of the United States District Court, Northern

3   District of California, Plaintiff Tasha Alexander and Defendant Salesforce, Inc. (Plaintiff with

4   Defendant, the "Parties") by and through their undersigned counsel, agree that Defendant's

5   response to Plaintiff's Class Action Complaint (ECF No. 1) shall be due on or before January 20,

6   2026.  This stipulated extension will not alter any deadline already fixed by Court order.

7

8    Dated: December 3, 2025          **MORRISON & FOERSTER LLP**

9

10                                 By: /s/ *Joseph C. Gratz*
                                        Joseph C. Gratz
11                                      Tiffany Cheung

12                                      *Attorneys for Defendant*
                                        SALESFORCE, INC.

13

14   Dated: December 3, 2025          **BLEICHMAR FONTI & AULD LLP**

15

16                                 By: /s/ *Lesley E. Weaver*
                                        Lesley E. Weaver (SBN 191305)
17                                      Anne K. Davis (SBN 267090)
                                        Joshua D. Samra (SBN 313050)
18                                      1330 Broadway, Suite 630
                                        Oakland, CA 94612
19                                      Tel. (415) 445-4003
                                        lweaver@bfalaw.com
20                                      adavis@bfalaw.com
                                        jsamra@bfalaw.com

21                                      Gregory S. Mullens (*pro hac vice* to be filed)
22                                      75 Virginia Road, 2nd Floor
                                        White Plains, NY 10603
23                                      Tel. (415) 445-4006
                                        gmullens@bfalaw.com

24                                      **COTCHETT, PITRE & MCCARTHY, LLP**

25                                 By: /s/ *Karin B. Swope*
26                                      Karin B. Swope (*pro hac vice*)
                                        Thomas E. Loeser, Cal. Bar No. 202724
27                                      Andrew Fuller (*pro hac vice* to be filed)
                                        Jacob M. Alhadeff (*pro hac vice* to be filed)
28                                      1809 7th Ave., Ste. 1610

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Seattle, WA 98101
Tel: (206) 802-1272
kswope@cpmlegal.com
tloeser@cpmlegal.com
afuller@cpmlegal.com
jalhadeff@cpmlegal.com

Joseph W. Cotchett, Cal. Bar No. 36324
Brian Danitz, Cal. Bar No. 247403
Gia Jung, Cal. Bar No. 340160
Caroline Yuen, Cal. Bar No. 354388
840 Malcom Road
Burlingame, CA 94010
Tel: 650-697-6000
jcotchett@cpmlegal.com
bdanitz@cpmlegal.com
gjung@cpmlegal.com
cyuen@cpmlegal.com

*Attorneys for Plaintiff*
TASHA ALEXANDER

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**SIGNATURE ATTESTATION**

I, Joseph C. Gratz, am the ECF User whose ID and password are being used to file this document.  In accordance with Civil Local Rule 5-1(i)(3), I hereby attest that the concurrence in the filing of this document has been obtained from each of the other signatories.

Dated: December 3, 2025

/s/ *Joseph C. Gratz*
Joseph C. Gratz