Joseph R. Saveri (SBN 130064)
Christopher K.L. Young (SBN 318371)
William W. Castillo Guardado (SBN 294159)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1505
San Francisco, CA 94108
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
Email:  jsaveri@saverilawfirm.com
         cyoung@saverilawfirm.com
         wcastillo@saverilawfirm.com

*Attorneys for Individual and Representative Plaintiffs*
*E. Molly Tanzer and Jennifer Gilmore*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| E. MOLLY TANZER, an individual; and JENNIFER GILMORE, an individual. <br><br> *Individual and Representative Plaintiffs*, <br><br> v. <br><br> SALESFORCE, INC. <br><br> Defendant. | Case No. 25-cv-08862-CRB <br><br> **STIPULATION REGARDING CONSOLIDATED COMPLAINT, ADR CERTIFICATION, AND CASE MANAGEMENT CONFERENCE; [~~PROPOSED~~] ORDER** |
| TASHA ALEXANDER, an Individual on Behalf of Herself and All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> SALESFORCE, INC. <br><br> Defendant. | Case No. 25-cv-09560-CRB |

**STIPULATION**

Pursuant to Rule 6-1(b) of the Local Rules of the United States District Court, Northern District of California and Rule 42(a) of the Federal Rules of Civil Procedure, Plaintiffs E. Molly Tanzer and Jennifer Gilmore, in *Tanzer, et al. v. Salesforce, Inc.*, No. 3:25-cv-08862-CRB (N.D. Cal.) (the "*Tanzer* Action"), Plaintiff Tasha Alexander, in *Alexander v. Salesforce, Inc.*, No. 5:25-cv-09560-VKD (N.D. Cal.) (the "*Alexander* Action") (collectively, "Plaintiffs"), and Defendant Salesforce, Inc. (collectively, the "Parties"), by and through their respective counsel of record, jointly request that the above-captioned actions (the "Actions") be consolidated, that the Plaintiffs be permitted to file a Consolidated Complaint on or before January 20, 2026, and that certain case management deadlines be accordingly updated, subject to the Court's approval.

WHEREAS, the *Tanzer* Action was filed on October 15, 2025, and the *Alexander* Action was filed on November 5, 2025; and

WHEREAS, on October 5, 2025, the Court issued an Order in the *Tanzer* Action setting an Initial Case Management Conference and ADR deadlines. (Dkt. 5); and

WHEREAS, on November 6, 2025, the *Alexander* Plaintiffs filed an administrative motion to relate the Actions pursuant to Civil Local Rule 3-12(a) and 7-11 (Dkt. 8), to which the *Tanzer* Plaintiffs stipulated. (Dkt. 8-1); and

WHEREAS, on November 7, 2025, the Court issued an Order in the *Alexander* Action setting an Initial Case Management Conference and ADR deadlines. (Dkt. 7); and

WHEREAS, on November 18, 2025, the Court ordered the *Alexander* Action related to the *Tanzer* Action. (Dkt. 13); and

WHEREAS, no party has filed a responsive pleading or otherwise responded to a Complaint; and

WHEREAS, pursuant to Federal Rule of Civil Procedure 42(a), the consolidation of the Actions is appropriate. As indicated in the motion to relate, the Actions are both for a single claim of direct copyright infringement against Salesforce, Inc. and concern the same alleged conduct regarding alleged unauthorized reproduction of books to train the same large language models. Accordingly, consolidation will enable a single schedule for the Actions and prevent inefficient duplication of effort; and

WHEREAS, the current deadline for Salesforce, Inc. to respond to the Complaints in the *Tanzer* Action and the *Alexander* Action is January 20, 2026. (Dkt. 15); and

WHEREAS, the Parties agree that the filing of a single operative Consolidated Complaint and the adjustment of certain related case management deadlines are necessary to ensure efficient case management, to eliminate unnecessary duplication of efforts, and in the interests of justice.

NOW, THEREFORE, IT IS STIPULATED AND AGREED, subject to Court approval, as follows:

1. The Parties stipulate, subject to the Court's approval, that the Actions be consolidated for all purposes pursuant to Federal Rule of Civil Procedure 42.

2. Defendant's current deadlines to respond to the Complaints in the *Tanzer* Action and the *Alexander* Action, respectively, are vacated.

3. Plaintiffs shall file a Consolidated Complaint due no later than January 20, 2026.

4. Defendant shall file a response to the Complaint no later than 30 days after the filing of the Consolidated Complaint.

5. If Defendant moves to dismiss the Consolidated Complaint, Plaintiffs shall respond to the motion to dismiss 45 days thereafter, and Defendant shall file their reply brief, if any, 30 days thereafter.

6. The Parties shall meet and confer pursuant to Federal Rule of Civil Procedure 26(f) on or before February 3, 2026.

7. The January 9, 2026 deadline in the *Tanzer* action and the February 3, 2026 deadline in the *Alexander* action for the Parties to make Initial Disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1) are vacated. The Parties shall make initial disclosures no later than February 17, 2026.

8. The Initial Case Management Conferences in the *Tanzer* and *Alexander* actions shall be vacated. The Initial Case Management Conference for the consolidated action shall be set for March 20, 2026 at 8:30 a.m. and held by video conference. The deadline to file a Joint Case Management Statement shall be March 13, 2026.

9. The December 26, 2025 deadline in the *Tanzer* action and the January 20, 2026 deadline in the *Alexander* action to file an ADR Certification pursuant to Civil Local Rule 16-8(b) are vacated. The

1  Parties will file an ADR Certification pursuant to Civil Local Rule 16-8(b) no later than 7 days prior to the
2  Case Management Conference.

| | | |
|---|---|---|
| Dated: December 26, 2025 | | **JOSEPH SAVERI LAW FIRM LLP** |
| | By: | */s/ Joseph R. Saveri* |
| | | Joseph R. Saveri (SBN 130064)<br>Christopher K.L. Young (SBN 318371)<br>William W. Castillo Guardado (SBN 294159)<br>Joseph Saveri Law Firm, LLP<br>601 California Street, Suite 1505<br>San Francisco, CA 94108<br>Telephone: (415) 500-6800<br>Facsimile: (415) 395-9940<br>Email: jsaveri@saverilawfirm.com<br>          cyoung@saverilawfirm.com<br>          wcastillo@saverilawfirm.com |
| | | *Counsel for Individual and Representative Plaintiffs E. Molly Tanzer and Jennifer Gilmore* |
| Dated: December 26, 2025 | | **BLEICHMAR FONTI & AULD LLP** |
| | By: | */s/ Anne Davis* |
| | | Lesley Elizabeth Weaver (SBN 191305)<br>Anne K. Davis (SBN 267090)<br>Joshua D. Samra (SBN 313050)<br>Bleichmar Fonti & Auld LLP<br>1330 Broadway, Suite 630<br>Oakland, CA 94612<br>Telephone: (415) 797-2617<br>Email: lweaver@bfalaw.com<br>          adavis@bfalaw.com<br>          jsamra@bfalaw.com |
| Dated: December 26, 2025 | | **COTCHETT, PITRE & MCCARTHY, LLP** |
| | By: | */s/ Karin B. Swope* |
| | | Joseph W. Cotchett, Cal. Bar No. 36324<br>Brian Danitz, Cal. Bar No. 247403<br>Gia Jung, Cal. Bar No. 340160<br>Caroline Yuen, Cal. Bar No. 354388<br>840 Malcom Road<br>Burlingame, CA 94010<br>Tel: 650-697-6000<br>Fax: 650-697-0577<br>Email: jcotchett@cpmlegal.com |

|   |   |
|---|---|
| 1 | bdanitz@cpmlegal.com |
| 2 | gjung@cpmlegal.com<br>cyuen@cpmlegal.com |

Karin B. Swope (*pro hac vice* to be filed)
Thomas E. Loeser, (SBN 202724)
Andrew Fuller (*pro hac vice* to be filed)
Jacob M. Alhadeff (*pro hac vice* to be filed)
1809 7th Ave., Ste. 1610
Seattle, WA 98101
Tel: (206) 802-1272
Fax: (206) 299-4184
Email: kswope@cpmlegal.com
         tloeser@cpmlegal.com
         afuller@cpmlegal.com
         jalhadeff@cpmlegal.com

*Counsel for Individual and Representative Plaintiff Tasha Alexander*

Dated: December 26, 2025                    **MORRISON & FOERSTER LLP**

By:   /s/ Joseph Gratz

Joseph Charles Gratz (SBN 240676)
Tiffany Cheung (SBN 211497)
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105
Telephone: (415) 268-7000
Facsimile: (415) 268-7522
Email: jgratz@mofo.com
         tcheung@mofo.com

*Counsel for Defendant Salesforce, Inc.*

GOOD CAUSE APPEARING, IT IS SO ORDERED.

Dated:  December 31, 2025

Hon. Charles R. Breyer
United States District Judge

Case No. 25-cv-08862-CRB
Case No. 25-cv-09560-CRB                                                                 5

STIPULATION REGARDING CONSOLIDATED COMPLAINT, ADR CERTIFICATION, AND CASE MANAGEMENT CONFERENCE; [~~PROPOSED~~] ORDER