AO 121 (Rev. 06/16)  CAND version 09/21

| TO: **See below for e-filing instructions.**<br><br>Register of Copyrights<br>U.S. Copyright Office<br>101 Independence Ave. S.E.<br>Washington, D.C. 20559-6000 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION   ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| **DOCKET NO.** 3:25-cv-09560 | **DATE FILED** 11/5/2025 | UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION |
| **PLAINTIFF**<br>TASHA ALEXANDER | **DEFENDANT**<br>SALESFORCE, INC. |

| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|---|
| 1 | TX0006269552 | And Only to Deceive | Tasha Alexander |
| 2 | TX0007040865 | Tears of Pearl | Tasha Alexander |
| 3 | TX0008405890 | A Terrible Beauty | Tasha Alexander |
| 4 | | | |
| 5 | | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |
|---|---|

| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK   *Mark B. Busby*   *Anne Fedunak* | DATE<br>Feb 10, 2026 |

E-FILING INSTRUCTIONS: Please fill out, save and e-file in CM/ECF under Other Filings > Other Documents > Copyright for the appropriate stage of your case:
1) Initiation of action: Attorney e-files Copyright form; if needed, attach an exhibit page to list add'l copyright registration/title of work/author or work to the form. DO NOT attach the complaint;
2) Adding copyright(s): Attorney e-files updated Copyright form; if needed, attach an exhibit page to list add'l copyright registration/title of work/author or work to the form. DO NOT attach the complaint;
3) Termination of action: Court staff completes closing section of Copyright form and e-files.;
4) Appeal: Do not use the Copyright form. Attorney to e-file the appropriate appeal notice.